PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

FILED
DEC 23 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

~~IN THE UNITED STATES DISTRICT COURT~~ UNITED STATES FEDERAL COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
_____ DIVISION

RAUL, RIVERA, CHAVEZ #25030071/BCF562
Plaintiff's Name and ID Number
Santa Clara County Jail
150 West Hedding
Place of Confinement

CASE NO. __7:25-CV-588__
(Clerk will assign the number)

v. JUDGE: MANLEY, STEPHEN,
Family Justice Center Courthouse,
201 North First Street. San Jose, California 95113.,
Defendant's Name and Address

PEOPLE OF THE STATE OF CALIFORNIA,
STATE OF CALIFORNIA.,
Defendant's Name and Address

FEDERAL JUDGE WARE,
280 SOUTH FIRST STREET. SAN JOSE, CALIFORNIA, 95113.,
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Face Record Copy of 1983. Court Received Seal Requested

II. PLACE OF PRESENT CONFINEMENT: Santa Clara County Main Jail San Jose California, 95110. 6-C-39-L

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ___YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: State Of California; Employees

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Federal Judge Ware, Santa Clara Court; Judge Manley, Social Security Administration, Department Of Social Services,

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Tort Claims returned Moot, Abuses by Hired Inmate Paralegals To Review Conflic Of Intrest

Defendant #2: Judge Stephen Manley, Family Justice Center-Courthouse 201 North First Street, San Jose, California, 95113.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Release Medical Records of Cronic Illness, Self RAP SHEET State Modified Records

Defendant #3: Social Security Administration 280 South First Street, San Jose, California. 95113

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. 2010 Personal Stated My Number Not Mine Refused Give Me SSI at "65" To wait On Hearing, I didn't Request It, No Income for "3" Years

Defendant #4: Department Of Social Services 1818 Senter Road. San Jose, California Apply Six Times Enimic Ulser's None Receive

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. did Present Application Unemployment No Work History New Social Number Supervisor Said Application Example Record No G.A. Cash Aid.

Defendant #5: Federal Judge Ware, 280 South First Street. San Jose, California. 95113.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. My filing Evidence Records, Modified to Underlying Offense, By Federal Inmate Paralegals Hired to fill in with case loads overstacking court filings were never originals recovered. due to contesting Put C.T.Q. as Threat. Self, Instituetion Normal Funtions.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Since "1993" "94" Filed Tort Claim, Requested Appointment Of Counsel To Assist in my Filing §1983. Since then I been induring to Regester Penal Code §290, Thirty-five Years. Original Full Case Load Modified Judge Ware hired Paralegal Confident Employee Inmat Law Clerks to fill in with over filing's My Filing Never Returned within years Santa Clara County Release Altered Records Judge Pinochet, Attorney Thomas Deptner in 1991, I denied Six times General Assistance Supervisor Stated Unemployment Applicat-ion Example Record This now case Judge Manley refuses to dismiss And help on Social Abuses done to me These Past Three Years, Targeted by This County Regardless of Statement of Abuses To This Year 12/10/25. Attached Statment.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Court Release Me On Own Recognies/Supervison Till this Court Determines Decision To Hold Or Dismiss Charges And Lift PC§290 Reges-tration Unjusly Imposed And Recompasate Financialy Lost Wages Own To Me By This State.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Raul, Rivera, Chavez, / Raule, Rivera, Chavez,

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

BCF562-For State Of California, Federal Number Of Midland, Texas don't Know

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 12-10-2025.
             DATE

RAUL, RIVERA, CHAVEZ,
*Raul, Rivera, Chavez,*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __16 th__ day of __December__, 20 __25__.
            (Day)                (month)              (year)

RAUL, RIVERA, CHAVEZ,
*Raul, Rivera, Chavez,*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

United States Western District Federal Court, Texas    Date: Dec. 16th 2025.
Honorable, Judge, Counts,

1. I submit for Review Seeking Under Submission my sighned
2. dated: Writ Of Habeas Corpus U.S.C. (1983.)
3. I seeking Relief, to oversee diliberte indifference actions by
4. State, County & Federal Officials abuse their power as
5. employed by above Branches Of Goverment.
6. To the best of my ability what my memory can remember I
7. will explain how each branch violated my constituetional
8. rights causing me crule and unusaal punishment, inflicting
9. Phyical Pain, Mental Anguish, For which I have had to indure.
10. First and formost I filed to Judge; Emede, of Santa Clara Court House 1095
11. Homestead Road, Santa Clara, California 95050. Writ-Habeas Corpus to Lift Penal
12. Code §290, filed; Review Case Under Submission-To Sixth Appeallate Court of
13. Appeals with Proceedings Presently Attending with Judge Manley, at Family
14. Justice Center Court House, 201 North First Street, San Jose, California. 95113.
15. My filing to: U.S. W. Dist. Fed. Court Writ Of Memorandum, and Prio-Statment
16. Wrong Judge Last Name that was Colts, mistaken Name that Should of
17. And ask it Directed To Judge Counts and ask it To be part of my
18. U.S.C. (1983.) filing.
19. To begin my Presentation of Petitioner's complait against Responden
20. -ts, In: July 1991. charges by Neice Tanicha Chavez P.C. §288. (a) L & L
21. One Count/One Charge Acusation, it dismissed befor Judge Pinochet, of
22. Santa Clara Court House, while I was also comming before Judge
23. Murphy, On: Two-Three Year Joint Suspensions, Commercial Buglary
24. and Possesion Of A Controlled Substance, Herion/Cocaine In A Syringe
25. Intent Use. L&L dismissed attrny. Thomas Deptner, Both Buglary and
26. Possesion I filed To Presiding Judge Hastings of The Superior Court who
27.

(1.)

I requested oversee matters handed down Ruling Pronouncing a Judgement of Nine (9) months Jail Probation Terminated Upon Release. At that time of my life an older Brother Life taken by Co-Workers, Hit by incomming car on Freeway returning from Gilroy, Reception Wedding of Novell Industries No Investigation By Police Dept. Cover-Up details Coroners Report Presented Findings Foul Play Brother Alfredo Chavez 1992. Refile of P.C. 288, Father of Alledged Victim Tanicha Chavez, and Her Mother came after Their Siblings taken by C.P.S. In Los Banos, Where My Parents lived on Mckee Rd. San Jose, Ca. I was attending Santa Clara Court House Presiding Judge Jamie Jacobs May, Attrny. Kenneth Mandel at Hearing attrny let District Attrny. Fernandez Interview Me at Court Holding Cell, as I came into Courtroom Judge Pinochet tried hide self behind chambers of Judge May wanted see outcome of proceedings Poor Repre-sentation. I didn't see any Relief on outcome of my case and accepted an Unconditionally Nolo Plea for "10" months Top/Bottom "3" Years Probation Impossision Of Sentance Suspended Credits 500+ days frm. same case of 1991. did two mth's extra On L&L 1ct 1ch. ac-cusation, There wasn't no discussion of §290. requirement. I wasn't Law Learned, listened someone for me to regester or be rearrested so I did there at Police Dept. as to if I was required to do so. So they Regestered Me Anyway. Probation Insisted I call Doctor Sis Sex Offender's Office, See that I speak to Doctor for him to evaluate me on Phone See if I needed Classes? Receptionist kept stating Doctor In Session, As I kept calling, Never got Evaluated, I ran from Rotern Trafic Stop front of my House, Aprahanded jumping fense By Offi-cer Salas who hit my back With Baton as I came down He threw me to ground and Pun-ched my back in same area where He used baton, Booked left for "15" days with-out Medical Attention V.M.C. Unit Later determined I had Four Broken Ribs

(2.)

numerious fractures, my Parents hired Alfredo Morales, Case before Judge Chang I sent letters to state officials, I.G. Regional Management sent Letter To My Parents House for me to let them know whats going on., I had Internal Affairs & Citizens Interviews, So I let Regional Aware also Correction Officers Used Work Foxboe Inmates To Fix Houses C.O.'s, Buying & Selling, Regional did Audits twice Closing Depts Normal Operations, Judge Chang without my consent had me in a Closed Court Hearing Family/Parents said they were advised I be Other Court! Attrny. Switched To D.A's Side I fired Him the Judge Still Kept Him On. I ended up in Displinary Unit I stated wouldn't go Court in Protective Castody Atire & when Family Not There, Adviced me to Cooperate March 15th 1994, and I didn't need wear Brown Protective Custody Atire, and Parents Be There So I came out to court escorted To "8"th Floor. There Plain Cloth Leut. Lombardo, Four officers of C.D.C, in a Holding Cell Leut. Reached Out Arm with Brown Shirt. I Knotten No the Four Guards Put me face down each had shakles each put one each limb tightly twisting My Limbs behind me twisting cuffs side to side inflicting pressure for around "15" minuets stoped. Leut. stated call Hospital Chavez Going There. without warning he Knotted they repeated same pressures then They Picked Me Up I put shirt on Goon Squad brought me down Elavator Nurse waiting gave me pain killer at court Hall Tunnel the First cell my Friend Jerry Gonzales seeing me ducted his head down While near Court Rooms in holding cell overheard one Shireff say to other Judge Murphy said we done dirty job on Chavez, How they conducted matters with me. Went into Judge Chang Attrny Still There After I fired Him. I beleive Judicial Commision at Court Observing Matters At Arraighment at Arrest I brought delirious with Broken Ribs had me Plead Guilty to Resisting Arrest well I was convicted to "6"Yr's even after I wrote to Sixth Appeallate

(3.)

Court Ruling by Christopher Cottle on Drug Test Requirements To Santa Clara Superior Courts March 22nd 1994. I filed My Tort Claim Prior To Prison, It denied by Fed. Judge Ware numerious attemps Still No Relief to Simulare Grounds As This Petition I'm intering To-day I be sending Copys of My Personal Underlying Offence Records to The Federal Court To Regional Management Officers: Clark/Overby who used me as a Pond for their own agenda An artical with the New-spaper expressed Fed. Ware to Hire Prisoner Paralegals Law Clerks To fill in with overload fuverlos Lawsuits by Prisoners, also Read In USA Today that An Lonbardo Arrested In Brookland New York I wondered? My Reddress filing's Returned as Moot number of times I was close to my release as I noticed I didn't have a release date I contested to Unit Counselor In "J" Unit I was placed in Confined To Quarters a Lifer; Booker Hillery "A" No, said for me not to Argue about nothing more but my Outdated Phycatrist Came Interviewed Me Took Bookers advice and I released from C.T.Q., I worked as Server kitchen for Phyic Unit that hold Federal Mental Patients, I Recognized alot of Faces, I attended Law Libuary to study for filing's thats where it hit me these face's Contested Their Finding's These New Their Law Yet ParaLegals intercepted filings from ever leaving Prison, I walked into Catholic Chapel for Rosary and Saw Law Clerks with Fax Machines, Copy Machines Rubber Stamps, And Stacks of Files. I beleive Judge's Never Received filings My Own Full Case Load I had sent Home was Never received I the Years This County of Santa Clara Would issue Copy's of Records

Pg. (4.) C

when I returned into custody These Records Modified-Altered every Record as To Abstract Of Judgement, I could of been in Fed. Phyic. Unit also. The Clerks hide filing's accross hallway of Chapel at back Doorway To Main kitchen Booker was Baker There stated They hide files Underneath Tables near that Door. He got Life On An Appeal As I was in Understanding didn't have Life Term his Daugh-ter Probation Officer Of Oakland, Calif. I.G. Has My Original Evidence Records They Never Retured Opon Request. Your Honor Judge Counts Opon Leaving Halfway House In Corpus Christi, Texas Arriving here 2021. I got Job MOSS Plastics INC. on Zanker Rd. with my Nephue Acs-ston C. Perez I left Job, around Dec. 8th 2021. became Homeless I app-lyed for General Assistance Cash, Food Stamps & Medi-Cal adviced I go To Social Security Office and To Unemployment if don't qulity for Early Retirement Age "54" Social Security gave me New Number 2010. 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 instead of 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 new no. didn't have work history I applyed Unemployment They sent application To Nephue's Apartment I went To welfare Office They called Shireffs on me Under Supervision Of Sex Offenders Task forse Three Woman from second floor of their house while I camped behind Dumpster Cubical were Arrested for exposing Them Selfs Open Curtains Light On as I sat at my spot. all Three Times they were Arrested Police saw me leave from Mexican Reterant, the Third Time 290 Plain Cloth's Officer for the Shireffs Department stood watching me from sidewalk on King Rd. They Put Me On Instagram I got Publizied 70% of Sociaty On D.A. Pay Roll. Behind Curtains. Three Shireffs two buildings behind Luis Rd. Parole Office 3: AM I hid inside Dumpster Cubical to

(5.)

Keep warm, Occured around April Of 2021, I developed Bleeding About Same Time, Not 5 seconds passed that I noticed Warehouse faceing North, Two Senior Shireffs fodling two minors bare bottoms Right then Dump Truck came Lights to warehouse on as truck left, Lady Shireff walked pass dumpster knocked on Warehouse door, went in I left quickly Hid across street at a night shift wood-shop. I heard squad cars going up down street searching for me. I was aquianted to Obama Phone Peddler Tried to leave me in Antioch, Calif. At a Rest Stop To get Assulted by Arions-Skin Heads One was stopped from attacking me by his woman, I gave Expungment Attorney Jake Hrodes, This issue as about same month Downtown People Harrassing me even University Students Calling Me Micheal Jackson, in other words Pediphil insults, I was Threaten let Hrodes know of Obama Truck Plates, His Name & Phn. No# stated Gang Task Forse, D.A., Shireffs Publizied Me to Harrass Me dayly, Investigator? This Lady 11:PM Parked Homeless Shopping Cart front of Obama Phn. Peddler's BMW Parked on Lot of Headquarters near The Alameda in Santa Clara, Calif. where I slept as Peddler slept in his Red Fourdoor Truck. The Homeless Lady was Searching waking me up BMW went to Peddler's open back door He siting up, Told me go back to sleep. Next Morning stated I blew up his car He Ran Group Of Confidental Informants, Group Of P.I.'s rushed to my sleeping area stating I told on their Gang Activity's I said I don't run nothing I'm Christian don't get into Prison Palitics stated for decades You Each been telling on Each other, They left. Another Group University Students-while I slept At Grace Baptist Church Rushed to where I slept I stated same to Them, A Drop Out Rushed My Tent, Ripping Top off as He furious stating I blew up his car, Group, Stated Don't know Him nor do I get into Politics of

(6.)

gang counsels inside or outside of Prison. Since "18" Yrs of age I hang out with Mexican National's Yet as a Christian In Prison I adviced not to attend Meetings since I was Christian, but have to be ready if Riot against another faction Came Against "Pisa's - Mex. National's", his Partner that was with him Calmed Him down He was so furious He was Crying. They left, seen Him few day's later He Yelled Out Lucky it wasn't you, To Me. Democrats Are Useing Migrants New Hispanic Population Trump Is Correct They Enterning into Many Work Fields, Even in Federal As In State Prison Yard's Department Of Corrections Use Nationals To In-fertrate National Groups, Blacks call it The Movement Chicano Heritage being derided Practising Incest, Child & Parent Abonimations, I have Family Amiddat Two Brother's Two Sister's who Are Nortenos They Pract-ice Obonimations Once I saw Nephue Ascension Jr. Perez with my Brother Wife in Rented Trailer I and Mother Lived in came late And its small Trailer they having Sex with my Mother Present What Occured I don't know This Brother Alledged 1991. L&L Victim's Dad My Neice Lesbian age "11" Thanks To Her Mother At "13" doing Tricks for Drug's for Her Parents with "37" Yr Old Man. I came home found Her & Her Friend they Ran from Group Home In 1993. sleeping in my bed having Sex Nephue doing "26" Yrs. Wife got Probation "Andre Perez" brother of Ascension that Raised Him As Himself Is To This Day. The Mother On Prozak Phyic Meds, Sister Irma Husband Devorsing Her for Her Adultries, Pilar that left Neice At Motel to set me up Him His Family Practices Obonimation's, Indirect thru Gosip My Dad my Brother's Alfred & Eddie Unjustly Died, Second Sister's Son Albert Vasquez did "7" Yrs It is

(7.)

Parents Met His Girlfriend Of "1" Yr. together Got introduced thru Love line by Aledged Victim's Brother Ramon Chavez "32" To Life at age "17" Accesory To Death in commision of shoplifting in Modesto, The Younger brother John Paul Chavez Set Him Up Girl Only "12" and Parents didn't see that! Her Parents Met Him "23" in 2000 350 Lb's. She had Gilroy Police Officer Uncle. Texas aint bed of Roses Get Back To My Statement I went Court Yesterday five Court Apperances No Interviews No Discussions With No One At Public Defenders Office So D.A. advice Judge Manley I not taking my Phyic Med.s I requested from Ordering Provider: Peterson, Laura, S. NP I having difficulty sleeping She Ordered: Benadryl After that I asked Mental Health it causing side effect She wanted me to sighn form to exchange sleep aid I refused to sighn. She took Benadril Away which Peterson MD ordered for me At Court I explain to Manley DA. incorrect I requested it Phyic RN withdraw it didn't exchange Judge Stated he Recommand "2" Two Yrs Mental Instituetion I stated I failed a Phyic Evaluation Judge Romero Of The Superior Court Placed On Me To Determine if I could help Attorney in Process Of My Trial Phyic I let him aware of Shireffs He failed me I have "No" Behavior Mental Charges Or Acusations, In My Criminal Rap Sheet Or Hear-Say's for that Matter I had to speak up No Counsel Present Again I a Crowded Courtroom I stated Reason In here in Court To Put Me Away Because I bumped into Three Shireffs Molesting "2" two kids at 3: AM at a Ware House Covering up

(8.)

for Them and why weren't They In Custody The Baylif Got My Arm Practicly Draging Me Out Of Court Room I'm to Go This Jan. 16th 2026 at Dept. 24 Beleive Arraighment Returned Back So Manley Sentance Me Away Unjustly Your Honor This State Is Barbaric & Demonic I have An High School Close Friend That Juvinal Hall Pastor David Merez does Group Session's At Curtner by Hy. 80 Let me aware Lunchon's with Other Clergy & Judges D.A's They have Obonimations with Children Prostitutes Do Drugs. Are These Typ Of U.S. Citizens Democrats Are Trying To Populate U.S. with do away with God Fearing Honest Citizen's While the Sacratice at a Whelm the twice demonic that they Created for Their Financial Gain I need Federal Public Assistance Or Over Seer Intervention before They Do Away With Me I fear For My Life I ask to Change My State To Federal Proceeding's I haven't Paid My $100.00 Court Fee's Aint I still Under Federal Athority Proceeding's due to Neglegance In Submitting Court Receipt dated 12/17/25.

"Single Sheets" Final Pg. Nine (9.) Plus 10 Total (19)

I state this Statement true and correct and under penalty of purjury execute it At: San Jose, California. 95110. On: December 18th 2025.

Raul, Rivera, Chavez,

Dated: 12/17/25.  RAUL, Rivera, Chavez

If not received in (7) days Return To: Below Address →

Sarah Marino LLP
111 North Market Street, Ste. 300
San Jose, Calif. 95113.
      In Care of:

Raul Rivera Chavez
BCF 562/#25030071
San Jose, Calif. 95110.

**COUNTY JAIL GENERATED INMATE MAIL**

Confidential-Legal Mail

Clerk of The Court, Philip J. Devlin,
United States Federal Court,
for The Western District Of Texas,
200 East Wall Street, Room 222.
Midland Texas 79701-5217

RECEIVED
DEC 23 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK






COUNTY JAIL
GENERATED
INMATE MAIL